EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 656-1374
Facsimile: (808) 656-1370
Email:  gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: 05-00009 |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL AND |
| | ) | BENCH WARRANT RECALL |
| vs. | ) | |
| | ) | |
| JOHN R. TATE, | ) | |
| | ) | |
| Defendant. | ) | Cit. No.:  A1447030/H-10 |
| _____ | ) | |

ORDER FOR DISMISSAL AND BENCH WARRANT RECALL

      Good cause appearing, the United States Attorney hereby requests the court to recall the bench warrant and dismiss the Information against JOHN R. TATE, issued January 25, 2005 on

the grounds that the Defendant was punished by the Army for the above-cited offenses.

        DATED:  June 27, 2006, Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii


                By /s/ Gabriel Colwell
                   GABRIEL COLWELL
                   Special Assistant U.S. Attorney


                Attorneys for Plaintiff
                UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:



                Leslie E. Kobayashi
                United States Magistrate Judge


<u>UNITED STATES VS. JOHN R. TATE</u>
CR. NO.: 05-00009
ORDER FOR DISMISSAL AND BENCH WARRANT RECALL